UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET M. HEITMANN and ROBERT F. DOUGHERTY,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMPINSTALL, INC., FITZGERALD INVESTIGATIONS, LLC, and PAUL D. HEITMANN,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 12-7306 (JEI/JS)<br><br>**ORDER** |

**APPEARANCES**:

ARCHER & GREINER P.C.
By: Vincent P. Sarubbi, Esq.
    Laura Descioli Link, Esq.
One Centennial Square
Haddonfield, New Jersey, 08033
    Counsel for Plaintiffs

BROWN & CONNERY LLP
By: Christine P. O'Hearn, Esq.
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
    Counsel for Defendant Compinstall, Inc.

PAUL D. HEITMANN
303 Mountain Road
Basking Ridge, New Jersey 07920
    Pro Se

**Irenas**, Senior District Judge:

This matter having appeared before the Court upon Defendant Paul Heitmann's Motion to Dismiss (dkt. no. 14) and Defendant

Compinstall Inc.'s Motion to Dismiss Counts One and Four of Plaintiffs' Second Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (dkt. nos. 16, 21); having reviewed the submissions of the Plaintiffs Margaret Heitmann and Robert Dougherty, Defendant Compinstall, Inc., and Defendant Paul Heitmann; having heard oral argument on January 30, 2014; and for the reasons set forth in an Opinion on even date herewith; and for good cause appearing:

**IT IS** on this 31st day of January, 2014,

**ORDERED THAT:**

1. Defendant Compinstall's Motion to Dismiss Count Four of Plaintiffs' Second Amended Complaint (Docket #16, 21) is hereby **GRANTED.** Count Four of the Plaintiffs' Second Amended Complaint (violation of the Driver's Privacy Protection Act, 18 U.S.C. §§ 2421-2425) is hereby **DISMISSED with prejudice** as to Defendant Compinstall, Inc. and Defendant Fitzgerald Investigations, LLC.

2. The remainder of Plaintiffs Margaret Heitmann and Robert Dougherty's Second Amended Complaint is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3).

3. Defendant Paul Heitmann's Motion to Dismiss (Docket #14) is hereby **DENIED as moot**.

4. Defendant Compinstall's Motion to Dismiss Count One (invasion of privacy) of the Plaintiffs' Second Amended Complaint (Docket #16, 21) is hereby **DENIED as moot**.

5. The Clerk of Court is hereby directed to **CLOSE THIS FILE**.

_____
**JOSEPH E. IRENAS, S.U.S.D.J.**